IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHALONDA CAMPBELL,**
**ADC #710039**                                                                                             **PLAINTIFF**

v.                      **CASE NO. 4:10cv01969 BSM/JJV**

**KIMBERLY MATTHEWS**                                                                     **DEFENDANT**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 7] have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.  Shalonda Campbell's complaint [Doc. No. 2] is dismissed with prejudice.

2.  Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g).

3.  Pursuant to 28 U.S.C. § 1915(a)(3), an *informa pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 18th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE