# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SHALONDA CAMPBELL**
**ADC #710039** **PLAINTIFF**

**v.** **CASE NO. 4:10cv01969-BSM/JJV**

**KIMBERLY MATTHEWS** **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g). Further, it is certified pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this 18th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE